**SUPPLEMENTAL CREDITOR MATRIX**

National Credit Systems Inc
P O Box 672288
Marietta, GA 30006

Ic System
444 Hwy 96 E
Saint Paul, MN 55127

E&E Capital Management
741 Piedmont Ave NE #700
Atlanta, GA 30308

E&E Capital Management
6931 Powers St
Riverdale, GA 30274